■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR GEORGE LANGFORD, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered July 24, 1961 after a jury trial, convicting him of murder in the second degree, and imposing sentence. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Hill and Rabin, JJ., concur; Kleinfeld, J., dissents and votes to reverse the judgment and to grant a new trial, with the following memorandum: Defendant was indicted for second degree murder. The prosecutor in his summation to the jury stated: "This isn't a murder in the second degree, members of the jury. This in my opinion — and I have had a lot of experience with homicides — this man should be tried and should be on trial at the present time for murder in the first degree." In my opinion, such statement having been so forcefully and unequivocally made, its prejudicial effect could not be removed by the court's subsequent instructions to the jury to draw no inference from the statement and not to consider it as having any bearing upon defendant's guilt.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE OLSHEN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated November 3, 1961, which denied, after a hearing, his application to vacate a judgment of said court, rendered November 22, 1948 after trial, convicting him of attempted robbery in the first degree, and imposing sentence upon him as a second felony offender. The judgment was affirmed by this court (276 App. Div. 781). Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN LOUIS STEFFENS, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Queens County, dated December 21, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered March 2, 1959 after a jury trial, convicting him of grand larceny in the second degree, and imposing sentence. This court, on February 14, 1961, affirmed the judgment of conviction (12 A D 2d 962). Application for leave to appeal to the Court of Appeals was denied on March 17, 1961, and motion for reargument of such application was denied on November 30, 1961 (FULD, J.). Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT TERRY, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated January 31, 1962, which denied, without a hearing, his application to vacate a judgment of said court rendered June 26, 1957, on his plea of guilty convicting him of robbery in the first degree, and imposing sentence on him as a second felony offender. Order affirmed. No opinion. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.